**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

DANIEL EDWARD DABRNEY                                                    PLAINTIFF

v.                                    No. 4:17CV00513-JLH-JTK

TURNKEY, et al.                                                          DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety.   Accordingly,

IT IS, THEREFORE, ORDERED that Defendant Turnkey is DISMISSED for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 13th day of October, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

1